

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00622-CV

**WORLD WIDE AUTOMOTIVE REPAIR PAINT & BODY**,
Appellant

v.

**SANTANDER CONSUMER USA INC.**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08203
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed:  November 1, 2017

DISMISSED FOR WANT OF PROSECUTION

In this appeal, the clerk's record was due on October 2, 2017. *See* TEX. R. APP. P. 35.1(a). On October 4, 2017, the Bexar County District Clerk notified this court that Appellant World Wide Automotive Repair Paint & Body had not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

On October 5, 2017, we ordered Appellant to file written proof with this court by October 16, 2017, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. We warned

Appellant that if it failed to respond as ordered, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

To date, Appellant has not filed any response with this court. Therefore, we dismiss this appeal for want of prosecution. *See id.* R. 37.3(b), 42.3(b), (c).

PER CURIAM